**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00513-CV**

_____

**IN THE INTEREST OF A.C. AND L.C.**

On Appeal from the 279th District Court
Jefferson County, Texas
Trial Cause No. C226883

**MEMORANDUM OPINION**

On December 18, 2025, Appellant, Haylee R. Blanchard, filed a notice of appeal from Temporary Orders on Notice to Show Cause dated December 11, 2025. Through a notice issued by the appellate clerk, we notified the parties that it appears the order being appealed is neither a final judgment nor an appealable interlocutory order. No party filed a response to the Clerk's notice. Accordingly, we dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a); 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on March 4, 2026
Opinion Delivered March 5, 2026

Before Golemon, C.J., Wright and Chambers, JJ.